626

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Roane Waring* for petitioner. *Mr. W. P. Moss* for respondents.

No. 248. SCHEUER ET AL. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. W. Bissell Thomas* for petitioners. No appearance for the United States.

No. 250. PURVIN ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Allen H. Gardner* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, F. E. Youngman,* and *Edward J. Ennis* for respondent.

No. 251. SPOKANE SILVER & LEAD Co. *v.* PRICE ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Howland* for petitioner. *Mr. C. A. Wilson* for respondents.

No. 257. FLORATOS *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Josiah Lyman* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. W. Marvin Smith* for the United States.